IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MYRON G. THOMAS**                                                                                    **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 1:10CV472-HSO-JMR**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                                            **DEFENDANT**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on July 31, 2012 [20]. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff's Motion for Summary Judgment [13] filed August 26, 2011, is **DENIED**, the administrative decision of the Commissioner of Social Security is **AFFIRMED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 16th day of August, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE